**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHERI BENTZ,<br>      Plaintiff,<br><br>v.<br>CITY OF MARION, KANSAS, MARION<br>FORMER CHIEF GIDEON CODY,<br>MARION, KANSAS POLICE DEPARTMENT<br>in his official and individual capacities,<br>and DETECTIVE AARON CHRISTNER,<br>MARION COUNTY SHERIFF'S OFFICE,<br>in his individual capacity,<br>      Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:24-cv-02120-DDC-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cheri Bentz hereby dismisses this action with prejudice pursuant to this Stipulation of Dismissal with Prejudice for her claims against Defendants City of Marion, Kansas, Gideon Cody, and Aaron Christner. Bentz and Defendants City of Marion, Kansas, Gideon Cody, and Aaron Christner stipulate that this action is dismissed with prejudice as to all claims, causes or action, pursuant to settlement agreements entered into by Bentz, the City of Marion, Kansas, Gideon Cody, and Aaron Christner.

Respectfully submitted this 4th day of September, 2025.

Respectfully submitted,

s/ J. Eric Weslander
J. ERIC WESLANDER, #2549
900 Massachusetts, Suite 500
P.O. Box 189
Lawrence, Kansas 66044
Telephone ~ (785) 843-0811
Facsimile ~ (785) 843-0341
eweslander@stevensbrand.com
*Attorneys for Plaintiff*

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
Scott M. Ufford, #27524
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
   ekeeley@mcdonaldtinker.com
   sufford@mcdonaldtinker.com
*Attorneys for Defendant Cody*


s/ Jeffrey M. Kuhlman
Jeffrey M. Kuhlman, #26865
WATKINS CALCARA, CHTD.
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231
*Attorney for Defendant Christner*